# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

WILFRED JOSEPH, LEROY ELLIS
AND BERNARD COLEMAN,
APPEARING BOTH INDIVIDUALLY
AND AS TRUSTEES OF THE NEW
MAGNOLIA BAPTIST CHURCH

VERSUS

REVEREND JOHN SCOTT

NO.  2025 CW 0213

**MARCH 11, 2025**

---

In Re:     Wilfred Joseph, Leroy Ellis and Bernard Coleman,
           appearing both individually and as Trustees of The New
           Magnolia Baptist Church, applying for supervisory writs,
           32nd Judicial District Court, Parish of Terrebonne, No.
           200923.

---

**BEFORE:   WOLFE, MILLER, AND GREENE, JJ.**

**STAY DENIED; WRIT DENIED.**

                              **EW**
                              **SMM**
                              **HG**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
   FOR THE COURT